IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 4337158-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SOFIA ARREDONDO

    Defendant.

---

### ORDER: MOTION TO CONTINUE
---

ORDERS: The COURT having considered Defendant's Motion to Continue, HEREBY ORDERS:

____ The Defendant's Motion is denied.

__X__ The Defendant's Motion is granted. The Initial Appearance is continued to _January 6, 2015 @ 9:00 AM_.

DONE and signed this _26th_ day of _November_, 2014.

                              s/ David L West
                          FEDERAL MAGISTRATE DAVID L. WEST

xc: Brian Schowalter
     US Attorney